# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Molter Corporation ) | ASBCA No. 60442 |
| ) | |
| Under Contract No. N40083-09-D-0032 ) | |

APPEARANCES FOR THE APPELLANT:        Steven J. Koprince, Esq.
                                      Matthew P. Moriarty, Esq.
                                      Matthew T. Schoonover, Esq.
                                        Koprince Law LLC
                                        Lawrence, KS

APPEARANCES FOR THE GOVERNMENT:       Ronald J. Borro, Esq.
                                        Navy Chief Trial Attorney
                                      Nicole R. Best, Esq.
                                      D'Ontae D. Sylvertooth, Esq.
                                        Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  8 February 2018

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60442, Appeal of Molter Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals